VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Victoria.Francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TROY C. MCCREADY,<br><br>Defendant. | CR 05-28-M-DWM<br><br><br>**SATISFACTION OF MONETARY JUDGMENT** |
|---|---|

The monetary judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Montana is hereby authorized and empowered to satisfy and cancel the judgment of record as to the monetary judgment of record imposed by this Court.

1

DATED this 13th day of February, 2008.

                      WILLIAM W. MERCER
                      United States Attorney


                      /s/ Victoria L. Francis
                      VICTORIA L. FRANCIS
                      Assistant U.S. Attorney
                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2008, the United States Attorney's Office served copies of the attached document by e-mail or first class mail, postage prepaid, as follows:

Addressee(s):

Tim Bechtold
Attorney at Law
P.O. Box 8988
Missoula, MT 59807-8988

Troy McCready
8201 William Moyers
Albuquerque, NM 87122


/s/ Victoria L. Francis
Victoria L. Francis
Assistant U.S. Attorney
Attorney for Plaintiff